UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AARON DAVIS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 3:20-CV-00877 |
| TONY J. CAVENDER; THE JONES COMPANY OF TENNESSEE, LLC; and OTTER CREEK HOLDINGS, LLC, | ) |
|     Defendants. | ) |

## AGREED FINAL ORDER OF DISMISSAL

As evidenced by the signatures of their respective counsel set forth below, the parties have agreed to compromise and settle all matters in controversy in this action. Accordingly, this action is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the file.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge

Approved for Entry:

*/s/ Garry K. Grooms*
Garry K. Grooms (BPR #12647)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3229
Fax: (615) 724-3329
E-mail: ggrooms@burr.com

*Attorney for Defendants Tony J. Cavender, and Otter Creek Holdings, LLC*

*/s/ Timothy N. O'Connor (with permission GKG)*
Thomas V. White (BPR No. 002727)
Timothy N. O'Connor (BPR No. 037256)
TUNE, ENTREKIN, & WHITE, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
Telephone: (615) 244-2770
Fax: (615) 244-2778
E-mail: tvwhite@tewlawfirm.com
toconnor@tewlawfirm.com

*Attorneys for The Jones Company of Tennessee, LLC*


*/s/ C. David Briley (with permission GKG)*
C. David Briley (BPR #018559)
BONE MCALLESTER NORTON, PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Telephone: (615) 238-6306
Fax: (615) 687-2761
E-mail: dbriley@bonelaw.com

*Attorney for Plaintiff*